IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES MORGAN,<br><br>                Defendant. | CRIMINAL ACTION<br>NO. 12-23 |

## ORDER

**AND NOW**, this 13th day of November 2012, upon consideration of Defendant James Morgan's Motion to Suppress Statement (Doc. No. 22) and Motion to Suppress Fruits of Search Warrant (Doc. No. 23), the Government's Omnibus Opposition to Defendant's Pre-Trial Motions to Suppress (Doc. No. 24), the evidence presented and arguments of counsel at the July 12, 2012 hearing, and for reasons stated in the Opinion dated November 13, 2012, it is **ORDERED** that:

1. Defendant James Morgan's Motion to Suppress Statement (Doc. No. 22) is **DENIED**.

2. Defendant Morgan's Motion to Suppress Fruits of Search Warrant (Doc. No. 23) is **DENIED**.

                                                    BY THE COURT:

                                                    /s/ Joel H. Slomsky
                                                    JOEL H. SLOMSKY, J.