IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES MORGAN,<br>    Defendant. | CRIMINAL ACTION<br>NO. 12-23 |

# ORDER

**AND NOW**, this 13th day of November 2012, upon consideration of Defendant James Morgan's Motion Pursuant to F.R.E. 404(b) to Require the Government to Provide Notice of Its Intention to Introduce Evidence of Prior Bad Acts (Doc. No. 21), the Government's Response (Doc. No. 25), and for reasons stated on the record at the July 12, 2012 hearing, it is **ORDERED** that Defendant's Motion (Doc. No. 21) is **GRANTED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.